

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SANTOSUOSSO
    Plaintiff,

v.                                    Civil Action No. 05-10889-WGY

FORTIS BENEFITS INSURANCE
COMPANY,
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please be advised that the undersigned will be representing Defendant, Fortis Benefits Insurance Company.

                                        _____
                                        Edward S. Rooney, Jr. (BBO #426840)
                                        Sandy S. Shen, (BBO #646961)
                                        Eckert Seamans Cherin & Mellott, LLC
                                        One International Place, 18th Floor
                                        Boston, Massachusetts 02110
                                        Telephone:  617.342.6800
                                        Facsimile:   617.342.6899

DATED:  June 1, 2005

{K0304002.1}

## CERTIFICATE OF SERVICE

I, Sandy S. Shen, do hereby certify that I have this 1st day of June, 2005 forwarded a copy of the within Notice of Appearance on plaintiff's counsel Francis J. Hurley, Esquire, Gannon & Hurley, PC, P.O. Box E46, 470 West Broadway, South Boston, Massachusetts 02127 by mailing U.S. mail, postage prepaid.

_____
Sandy S. Shen

{K0304002.1}