UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN SANTOSUOSSO | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 05 10889 WGY |
| | : | |
| FORTIS BENEFITS | : | |
| INSURANCE COMPANY | : | |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS**

Susan Santosuosso (plaintiff) and Fortis Benefits Insurance Company, now known as Union Security Insurance Company (Union Security) by and through their undersigned counsel hereby file this Joint Motion for an extension of time to file their dispositive motions.

1. This lawsuit involves a claim for long term disability benefits under an ERISA[1] governed Plan.

2. Pursuant to the June 10, 2005, Scheduling Order, dispositive motions are due on December 30, 2005.

3. The parities, through their counsel have been engaging in an independent settlement negotiations.

4. The parties have a good faith expectation that this matter will settle.

5. Due to the holiday schedule, plaintiff is not able to consult with her attorney until the first week of January, 2006.

6. The parties agreed that the additional expense of preparation and filing of dispositive motions will be unnecessary if this matter is resolved through settlement.

---

[1] Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, *et seq*.

1243194 v.1

7. There are no other pending deadlines and therefore, this request for an extension of the deadline to file dispositive motions will not further delay this litigation.

WHEREFORE, Susan Santusuosso and Fortis Benefits Insurance Company, now known as Union Security Insurance Company respectfully request that this Honorable Court granted this motion and extend the deadline for filing dispositive motions until January 15, 2006.

| GANNON & HURLEY, P.C. | RAWLE & HENDERSON LLP |
|---|---|
| *James M. Strong* (conformed signature - (with permission) By: _____ James M. Strong, Esquire 423 West Broadway South Boston, MA 02127 Tel. No. (617) 269-1993 Attorney for Plaintiff | By: _____ Gary N. Stewart, Esquire B.B.O. # 562537 25 North Front Street, 1st Floor Harrisburg, PA  17101 717-234-7700 Attorneys for Defendant |

Date:   December 20, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN SANTOSUOSSO | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 05 10889 WGY |
| | : | |
| FORTIS BENEFITS INSURANCE COMPANY | : : | |

**<u>ORDER</u>**

AND NOW this _____ day of _____, 2005 upon consideration of the parties Joint Motion For Extension of Time to File Dispositive Motions, it is hereby ORDERED that said motion is GRANTED.  Dispositive motions are due on January 15, 2006.

BY THE COURT:

_____
J.

1243254 v.1