UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN SANTOSUOSSO              :    CIVIL ACTION
                               :
        vs.                    :    NO. 05 10889 WGY
                               :
FORTIS BENEFITS                :
INSURANCE COMPANY              :

## STIPULATION OF DISMISSAL
### and PROPOSED ORDER

Susan Santosuosso and Fortis Benefits Insurance Company, now known as Union Security Insurance Company by and through their undersigned counsel, hereby stipulate to the dismissal of the above captioned lawsuit, with prejudice, except that either party may seek to re-open this lawsuit in the event that settlement is not finalized within sixty days.

GANNON & HURLEY, P.C.                      RAWLE & HENDERSON LLP

       *James M. Strong*
       (conformed signature -
       (with permission)
By: _____     By: _____
       James M. Strong, Esquire                Gary N. Stewart, Esquire
       423 West Broadway                       B.B.O. # 562537
       South Boston, MA 02127                  25 North Front Street, 1st Floor
       Tel. No. (617) 269-1993                 Harrisburg, PA  17101
       Attorney for Plaintiff                  717-234-7700
                                               Attorneys for Defendant

Date:   January 17, 2006

IT IS SO ORDERED.

BY THE COURT,

_____
                J.